UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ZVI KRIPLE,**

   Plaintiff,

v.                                        No. 4:20-cv-0743-P-BP

**MARCUS DEMPSEY, ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 54. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's case against Defendant Marcus Dempsey is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m) based Plaintiff's failure to serve Dempsey with process.

**SO ORDERED** on this 21st day of April 2022.

*[signature]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE